

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-16-00828-CV

Patricia **SKELTON,**
Appellant

v.

Guy James **GRAY,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16416A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to May 8, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court